**Orlean Liston Brown Johnson et al., appellants, v. First Union Trust and Savings Bank, as executor and trustee under the last will and testament of William L. Brown, deceased, et al., appellees. Gen. No. 38,022.**

Opinion filed March 20, 1935. Rehearing denied March 26, 1935.

Kirkland, Fleming, Green & Martin, Taylor, Miller, Busch & Boyden and Urion, Bishop, Sladkey & Boutell, for appellants; Weymouth Kirkland, Francis X. Busch, Howard Ellis, J. Fred Reeve and Preston Boyden, of counsel. William Beye, Royal B. Cushing, Ashcraft & Ashcraft, Rosenthal, Hamill & Wormser, Butler, Pope, Ballard & Elting and Tenney, Harding, Sherman & Rogers, for appellees; Willard L. King and Thomas E. Fiske, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

**Elizabeth H. Manning, respondent, v. F. W. Woolworth Company and Irene Leonard Prueitt, petitioners. Gen. No. 37,978.**

Opinion filed March 26, 1935. Rehearing denied and supplemental opinion filed April 10, 1935.

Robertson, Crowe & Spence, for petitioners; Burt A. Crowe and Ednyfed H. Williams, of counsel. John A. Bloomingston, for respondent.

Mr. Justice Matchett delivered the opinion of the court.

**Charles P. Campbell and Marshall Campbell, defendants in error, v. William T. Alden et al., plaintiffs in error. Gen. No. 37,419.**

Opinion filed March 29, 1935. Rehearing denied April 9, 1935.

Alden, Latham & Young, for certain plaintiffs in error. A. W. Martin and Edward H. S. Martin, for defendants in error.

Mr. Presiding Justice Friend delivered the opinion of the court.